IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Tiffini Lanitra | Case Number: 04 B 35113 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 9/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,931.70 | |
| Secured: | | 7,190.57 |
| Unsecured: | | 2,681.68 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 687.75 |
| Other Funds: | | 1,671.70 |
| Totals: | 14,931.70 | 14,931.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Financial | Secured | 7,190.57 | 7,190.57 |
| 3. | Wells Fargo Financial | Unsecured | 584.63 | 1,253.59 |
| 4. | Asset Acceptance | Unsecured | 175.51 | 376.36 |
| 5. | Cavalry Portfolio Services | Unsecured | 50.20 | 107.65 |
| 6. | Financial Credit Corp | Unsecured | 178.35 | 382.44 |
| 7. | Citizens Bank | Unsecured | 116.07 | 248.88 |
| 8. | Financial Credit Corp | Unsecured | 145.86 | 312.76 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Advance Til Payday | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Pay Day Loan Co | Unsecured | | No Claim Filed |
| 13. | MBNA America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,141.19 | $ 12,572.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 124.08 |
| 4% | 37.65 |
| 3% | 28.25 |
| 5.5% | 172.58 |
| 5% | 54.92 |
| 4.8% | 97.89 |
| 5.4% | 172.38 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Tiffini Lanitra | Case Number: 04 B 35113 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 9/22/04 |

_____
$ 687.75

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

